UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

KENDRICK FOBB,

    *Plaintiff*,

V.

UBER TECHNOLOGIES, INC., *et al.*,

    *Defendants*.

Civil Action No. 21-cv-07778-HSG

**STIPULATION TO ENLARGE PLAINTIFF'S TIME TO RESPOND TO DEFENDANTS' COMPLAINT; ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel that:

WHEREAS, on September 3, 2021, Plaintiff commenced his civil action in California Superior Court, San Francisco County;

WHEREAS, on October 5, 2021, Defendants, Uber Technologies, Inc., Rasier, LLC and Rasier-CA, LLC (collectively, "Defendants") removed the action from California Superior Court, San Francisco County to this Court;

WHEREAS, October 21, 2021, Defendants filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6);

WHEREAS, pursuant to Local Civil Rule 7-3(a), the deadline for Plaintiff to respond to Defendants' motion to dismiss is currently November 4, 2021;

WHEREAS, the instant stipulation to enlarge the time for Plaintiff to respond to the motion to dismiss is the first enlargement of time for Plaintiff to respond to the motion to dismiss; and

WHEREAS, pursuant to Local Civil Rule 6-1(b), the stipulated enlargement of time for Plaintiff to respond to the motion to dismiss will not alter the date of any event or any deadline

already fixed by Court order:

IT IS HEREBY STIPULATED AND AGREED, pursuant to Local Civil Rule 6-1(b), that the time for Plaintiff to respond to Defendants' motion to dismiss is hereby enlarged from November 4, 2021 to **December 20, 2021**.

IT IS HEREBY FURTHER STIPULATED AND AGREED, pursuant to Local Civil Rule 6-1(a), that the time for Defendants to Reply in Support of its motion to dismiss is hereby enlarged to **January 19, 2022**.

Dated: Los Angeles, California
       November 3, 2021

**SLATER SLATER SCHULMAN LLP**

By: _____
Michael W. Carney
8124 West 3rd Street, Floor No. 1
Los Angeles, CA 90048
Tel: (310) 773-5573
Email: mcarney@sssfirm.com

*Attorneys for Plaintiff*

**BUCHALTER**

By: _____
Paul Alarcon
18400 Von Karman Avenue
Suite No. 800
Irvine, CA 92612
Tel: (949) 760-1121
Email: palarcon@buchalter.com

*Attorneys for Defendants*

PURSUANT TO STIPULATION, IT IS SO ORDERED: _____
Honorable Haywood S. Gilliam, Jr.

Dated: 11/4/2021