Reset Form

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Kendrick Fobb Plaintiff(s), v. Uber Technologies, Inc. et al. Defendant(s). | Case No: 21-07778-HSG **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER** (CIVIL LOCAL RULE 11-3) |

   I, Jaime M. Farrell , an active member in good standing of the bar of New York & Massachusetts , hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff, Kendrick Fobb in the above-entitled action. My local co-counsel in this case is Mike Carney, Esq. , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 445 Broad Hollow Road, Suite No. 419<br>Melville, NY 11747 | 8124 West 3rd Street, Floor No. 1<br>Los Angeles, CA 90048 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (631) 420-9300 | (310) 773-5573 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| jfarrell@sssfirm.com | mcarney@sssfirm.com |

   I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: NY-5786660 .

   A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

   *I declare under penalty of perjury that the foregoing is true and correct*.

   Dated: 10/27/21 Jaime M. Farrell
 APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

   IT IS HEREBY ORDERED THAT the application of Jaime M. Farrell is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 11/8/2021 *Haywood S. Gill Jr.*
 UNITED STATES DISTRICT JUDGE *October 2012*