UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENDRICK FOBB,<br><br>    Plaintiff,<br><br>    vs.<br><br>UBER TECHNOLOGIES, INC., a Delaware corporation, RASIER, LLC, a Delaware Limited Liability Company and RASIER-CA, LLC, a Delaware Limited Liability Company,<br><br>    Defendant. | Case No. 4:21-cv-07778-HSG<br>Assigned to the Hon. Haywood S. Gilliam, Jr.<br><br>**ORDER RE STIPULATION TO WITHDRAW OF DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED.R.CIV.PRO. 12(b)(6)** |

# ORDER

Pursuant to the parties stipulation, it is hereby ordered that Defendants' motion to dismiss Plaintiff's complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) is hereby withdrawn and taken off calendar.

It is further ordered that Defendants' deadline to file an answer to Plaintiff's operative complaint is extended until 30 days after the Court issues its order on Plaintiff's motion to remand.

**IT IS SO ORDERED.**

DATE: 2/10/2022

_____
The Hon. Haywood S. Gilliam, Jr.
Judge of the United States District Court for
The Northern District of California

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

2

ORDER
BN 49498001v1

Case No. 4:21-cv-07778-HSG